IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DANIEL YOAKUM | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-cv-00002 |
| INDIAN RIVER TRANSPORT CO. and CHARLES RIGSBEE | § § | |

### DEFENDANT, INDIAN RIVER TRANSPORT CO.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **INDIAN RIVER TRANSPORT CO.**, hereby removes this action to the United States District Court for the Southern District of Texas, McAllen Division from the 332nd Judicial District Court of Hidalgo County, Texas, stating as follows:

1. Plaintiff, Daniel Yoakum, commenced this action in the 225th Judicial District Court of Bexar County, Texas, where it was given Cause No. C-4832-19-F. This action is between citizens of different states. Plaintiff is a resident of Wisconsin. Defendant, Indian River Transport Co. is a Florida corporation with a principal place of business in Florida and Defendant Charles Rigsbee is an Arkansas resident. Further, Plaintiff claims damages for serious personal injury and as of Plaintiff's November 13, 2019 Original Petition, Plaintiff is seeking damages of over $1,000,000.00. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant, Indian River Transport Co. received the summons and complaint on December 12, 2019, by way of service on the Chairman of the Texas Transportation Commission so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant, **INDIAN RIVER TRANSPORT CO.** are attached as Exhibit A.

4.   Defendant, **INDIAN RIVER TRANSPORT CO.** have provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 332nd Judicial District Court of Hidalgo County, Texas.

Dated:  January 6, 2020

Respectfully submitted,

_____
LARRY D. WARREN
ATTORNEY IN CHARGE
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANT
INDIAN RIVER TRANSPORT CO.**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **6th** day of January 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via e-mail*:

Kurt Arnold
State Bar No. 24036150
Caj D. Boatright
State Bar No. 24036237
Roland Christensen
State Bar No. 24101222
Alison Baimbridge
State Bar No. 24040160
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
cboatright@arnolditkin.com
　　　e-service@arnolditkin.com
kbateam@arnolditkin.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN